# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD DENNISON,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>PITTSBURGH TRANSPORTATION  )<br>GROUP,  )<br>)<br>Defendant.  ) | Civil Action No. 14-1189 |

## AMENDED ORDER

AND NOW, this 10th day of September, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that this Court's Order dated September 5, 2014, whereby we granted Plaintiff's Motion for Leave to Proceed in forma pauperis, ordered the Clerk of Court to file the complaint and issue a summons, ordered the United States Marshal to serve the summons with a copy of the complaint and this order on the defendant, and ordered the United States to advance the costs of service is VACATED.

It is further hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion for Leave to Proceed in forma pauperis is GRANTED only to the extent that the Clerk of Court is ordered to file the complaint without payment of fees and is otherwise DENIED.

Maurice B. Cohill, Jr.
Senior District Court Judge