## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGINALD DENNISON,       )
                           )
      Plaintiff,       )
                           )
        vs.         )    Civil Action No. 14-1189
                           )
PITTSBURGH TRANSPORTATION )
GROUP,                   )
                           )
      Defendant.    )

## ORDER

Defendant filed its Answer, Affirmative Defenses and Counterclaim to Plaintiff's Complaint on February 17, 2015. Accordingly, Plaintiff had until March 10, 2015 to file an answer to the counterclaim. See Fed.R.Civ.P. 12(a)(1)(B) ("A party must serve an answer to a counterclaim or crossclaim within 21 days after being served with the pleading that states the counterclaim or crossclaim."). To date, Plaintiff has not filed an answer or otherwise responded to the Counterclaim.

AND NOW, this 23rd day of March, 2015, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff shall file an answer or otherwise respond to Defendant's counterclaim no later than April 6, 2015 or risk default judgment being entered against him with respect to the counter-claim.

_____
Maurice B. Cohill, Jr.
Senior District Court Judge