IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD DENNISON, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 14-1189 |
| PITTSBURGH TRANSPORTATION GROUP, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff Reginald Dennison's Motion to Dismiss Defendant Pittsburgh Transportation Group's Counterclaim against him for failure to state a claim upon which relief can be granted, filed on April 6, 2015. In response to Plaintiff's Motion, on April 16, 2015, Defendant filed an Amended Answer, Affirmative Defenses and Counterclaim for Unjust Enrichment.

Defendant having filed this amended pleading within twenty-one (21) days after service of Plaintiff's Rule 12(b)(6) motion, pursuant to Fed.R.Civ.P. 15(a)(1)(b), Plaintiff's Motion to Dismiss Defendant Pittsburgh Transportation Group's Counterclaim must be denied as moot. Plaintiff shall file an answer to Defendant's Amended counterclaim within fourteen (14) days of the date of this Order. See Fed.R.Civ.P. 12(a)(4)(A).

April 20, 2015        *Maurice B. Cohill*
                      Maurice B. Cohill, Jr.
                      Senior District Court Judge