# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD DENNISON, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 14-1189<br>)<br>) |
| PITTSBURGH TRANSPORTATION GROUP, | )<br>)<br>)<br>) |
| Defendant. | ) |

## ORDER

Defendant filed its Amended Answer, Affirmative Defenses and Counterclaim for Unjust Enrichment on April 16, 2015. By Court Order dated April 20, 2015, Plaintiff had until May 4, 2015 to file an answer or other response to Defendant's amended counterclaim. To date, Plaintiff has not filed an answer or otherwise responded to Defendant's amended counterclaim.

AND NOW, this 20th day of May, 2015, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff shall file an answer or otherwise respond to Defendant's amended counterclaim no later than June 2, 2015 or risk default judgment being entered against him with respect to the counter-claim.

Maurice B. Cohill, Jr.
Senior District Court Judge